1   DAVID A. STEINBERG (SBN 130593)
      das@msk.com
2   AARON M. WAIS  (SBN 250671)
      amw@msk.com
3   BRADLEY J. MULLINS (SBN 274219)
      bym@msk.com
4   MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
5   Los Angeles, CA 90064-1683
    Telephone:  (310) 312-2000
6   Facsimile:   (310) 312-3100

7   Attorneys for Plaintiffs
    UMG Recordings, Inc.; Roc-A-Fella Records,
8   LLC; Capitol Records, LLC; Universal Music
    Corp.; Songs of Universal, Inc.; PolyGram
9   Publishing, Inc.; Universal Music – MGB NA
    LLC; and Universal Music – Z Tunes LLC

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14   UMG Recordings, Inc.; Roc-A-Fella Records, LLC; Capitol Records, LLC; Universal Music Corp.; Songs of Universal, Inc.; PolyGram Publishing, Inc.; Universal Music – MGB NA LLC; and Universal Music – Z Tunes LLC <br><br> Plaintiffs, <br><br> v. <br><br> iBus Media Limited, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:18-cv-9709 <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT; VIOLATION OF CALIFORNIA CIVIL CODE § 980(2); VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200; AND COMMON LAW UNFAIR COMPETITION** <br><br> **Demand For Jury Trial** |

23        Plaintiffs UMG Recordings, Inc.; Roc-A-Fella Records, LLC; Capitol

24   Records, LLC; Universal Music Corp.; Songs of Universal, Inc.; PolyGram

25   Publishing, Inc.; Universal Music – MGB NA LLC; and Universal Music – Z

26   Tunes LLC (collectively, "Plaintiffs"), by their undersigned attorneys, for their

27   Complaint against Defendant iBus Media Limited ("iBus Media" or "Defendant"),

28   aver as follows:

Mitchell
Silberberg &
Knupp LLP

1

# PRELIMINARY STATEMENT

1.     Plaintiffs are some of the world's leading record labels and music publishers, and are engaged in the business of acquiring, administering, licensing, and otherwise exploiting a catalog of copyrights in and to sound recordings and musical compositions, owned in whole or in part by Plaintiffs.  Plaintiffs' catalog of copyrighted musical works is extremely valuable and encompasses works composed or famously performed by a wide array of legendary songwriters and artists, including both contemporary hits and influential standards.

2.     iBus Media is a global content creation and technology company that, among other things, owns and operates the website located at www.pokernews.com ("PokerNews").  PokerNews is, in turn, the self-proclaimed "largest poker media site in the world."  Among the content made available by iBus Media on PokerNews, and through other forums, are hundreds of podcasts that intentionally incorporate significant portions of Plaintiffs' copyrighted musical works.

3.     iBus Media does not have any license or other authorization from Plaintiffs to reproduce, distribute, adapt or publicly perform in the United States any of Plaintiffs' copyrighted musical works.  Accordingly, iBus Media is liable for its infringement of Plaintiffs' copyright interests, either because it has directly engaged in infringing activities or because it is secondarily liable for infringing activities undertaken by others.

4.     iBus Media surely is aware that its conduct constitutes copyright infringement, given that it is a sophisticated global operation that runs what it claims to be the largest poker website in the world.  Moreover, iBus Media was notified that it was infringing Plaintiffs' copyrighted works nearly three years ago.  Nevertheless, iBus Media continues to infringe.  iBus Media's infringement is therefore willful and deliberate.

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

COMPLAINT FOR COPYRIGHT INFRINGEMENT

5.      Its conduct has caused and continues to cause substantial, manifest, and irreparable harm to Plaintiffs, while enriching iBus Media at Plaintiffs' expense and to the detriment of the copyrighted musical works owned and/or controlled by Plaintiffs.  By this lawsuit, Plaintiffs seek to bring iBus Media's conduct to a stop and to obtain compensation for the harm iBus Media has caused and continues to cause to Plaintiffs.

## JURISDICTION AND VENUE

6.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

7.      This Court has jurisdiction over this action pursuant to 17 U.S.C. §§ 101 *et seq.*, 28 U.S.C. §§ 1331, 1338, and 1367.

8.      As further detailed below, this Court has personal jurisdiction over Defendant because, among other things, Defendant has engaged and is engaged in tortious conduct within the State of California and in this District, including by reproducing, distributing, preparing derivative works based upon, and publicly performing Plaintiffs' copyrighted works within the State of California. Additionally, among other things, (a) Defendant has maintained a business presence in the State of California and is doing or has been doing business continuously in the State of California and this District, (b) a substantial part of the wrongful acts committed by Defendant have occurred in interstate commerce, in the State of California, and in the Central District of California, and (c) Defendant's conduct causes injury to, and is directed at, Plaintiffs and their intellectual property within the State of California.

9.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).  Defendant conducts business in this District and, upon information and belief, a substantial part of the events giving rise to Plaintiffs' claims occurred in this District.  Plaintiffs have their principal places of business in this District and have been injured in this District as a result of Defendant's infringing conduct.

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

## THE PARTIES

10.     Plaintiff UMG Recordings, Inc. ("UMG Recordings") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business within the County of Los Angeles, California.

11.     Plaintiff Roc-A-Fella Records, LLC ("Roc-A-Fella") is a limited liability company duly organized and existing under the laws of the State of New York, with its principal place of business within the County of Los Angeles, California.

12.     Plaintiff Capitol Records, LLC ("Capitol") is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business within the County of Los Angeles, California.

13.     Plaintiffs UMG Recordings, Roc-A-Fella, and Capitol collectively are referred to herein as the "Record Company Plaintiffs."

14.     The Record Company Plaintiffs are engaged in the business of producing sound recordings and distributing, selling, and/or licensing the reproduction, distribution, sale, preparation of derivative works based upon, and performance of their sound recordings in phonorecords (as defined in 17 U.S.C. § 101), in audiovisual works, and for streaming (i.e., performing) and downloading over the Internet and through other mediums.  The Record Company Plaintiffs invest substantial money, time, effort, and creative talent in discovering and developing recording artists, and in creating, advertising, promoting, selling, and licensing sound recordings embodying the performances of their exclusive recording artists and their unique and valuable sound recordings.

15.     The Record Company Plaintiffs own copyrights and/or exclusive rights in and to their sound recordings including many of the most popular sound recordings in the world, including by way of example, the recordings identified on Schedule A hereto, incorporated herein by reference.  The Record Company Plaintiffs have obtained or applied for certificates of copyright registration in each

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1    of the recordings, including but not limited to those identified on Schedule A.  The

2    Record Company Plaintiffs also own exclusive rights in certain sound recordings,

3    including the sound recordings listed on Schedule B, for which they owns rights

4    under state law (together with the recordings listed in Schedule A, the

5    "Recordings").  As the owner of copyrights in the Recordings, the Record

6    Company Plaintiffs possess the exclusive rights, among other things, to reproduce

7    the Recordings in copies or phonorecords, to prepare derivative works based upon

8    the Recordings, to distribute copies or phonorecords of the Recordings to the

9    public, to perform the Recordings publicly by means of a digital audio

10   transmission and to license these exclusive rights, including over the Internet.

11        16.    Plaintiff Universal Music Corp. ("Universal Music") is a corporation

12   duly organized and existing under the laws of the State of Delaware, with its

13   principal place of business within the County of Los Angeles, California.

14        17.    Plaintiff Songs of Universal, Inc. ("Songs of Universal") is a

15   corporation duly organized and existing under the laws of the State of California,

16   with its principal place of business within the County of Los Angeles, California.

17        18.    Plaintiff PolyGram Publishing, Inc. ("PolyGram") is a corporation

18   duly organized and existing under the laws of the State of Delaware, with its

19   principal place of business within the County of Los Angeles, California.

20        19.    Plaintiff Universal Music – MGB NA LLC ("MGB") is a limited

21   liability company duly organized and existing under the laws of the State of

22   California, with its principal place of business within the County of Los Angeles,

23   California.

24        20.    Plaintiff Universal Music – Z Tunes LLC ("Z Tunes") is a limited

25   liability company duly organized and existing under the laws of the State of New

26   York, with its principal place of business within the County of Los Angeles,

27   California.

28

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

21.     Plaintiffs Universal Music, Songs of Universal, PolyGram, MGB, and Z Tunes collectively are referred to herein as the "Music Publisher Plaintiffs."

22.     The Music Publisher Plaintiffs are music publishers, engaged in the business of acquiring, owning, publishing, administering, licensing, and otherwise exploiting copyrights in musical compositions.  Plaintiffs invest substantial money, time, effort, and creative talent to acquire, administer, publish, license, and otherwise exploit such copyrights, on their own behalves and on behalf of songwriters and other music publishers with whom they have contractual relationships.

23.     The Music Publisher Plaintiffs own or administer (in whole or in part) copyrights and/or exclusive rights in and to thousands of musical compositions, including by way of example those compositions identified on Schedule C hereto, incorporated herein by reference (the "Musical Compositions").  The Music Publisher Plaintiffs have obtained or have applied for certificates of copyright registrations issued by the Copyright Office in each of the Musical Compositions identified on Schedule C.  As the owners or administrators of copyrights (in whole or in part) in these Musical Compositions, the Music Publisher Plaintiffs possess the exclusive rights, among other things, to reproduce the Musical Compositions in copies or phonorecords, to prepare derivative works based upon the Musical Compositions, to distribute copies or phonorecords of the Musical Compositions to the public, and to perform the Musical Compositions publicly.

24.     Defendant iBus Media is company registered in the Isle of Man that purports to maintain a "truly global presence" with at least five global offices, including one in California.  Plaintiffs are informed and believe, and on that basis aver, that iBus Media is a content provider and website operator and is in the business of producing, distributing, publicly performing, selling, licensing, and otherwise exploiting audio and visual content.  Among other things, iBus Media, or its affiliated group of companies, owns and operates the website located at

www.pokernews.com, which is directed at and accessible throughout the United States and in the State of California.

25.    The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants sued herein as Does 1 through 10, inclusive, are unknown to Plaintiffs, which sues said defendants by such fictitious names (the "Doe Defendants").  If necessary, Plaintiffs will seek leave to amend this Complaint to state their true names and capacities.  Plaintiffs are informed and believe, and on that basis aver, that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth (all of the Defendants, including the Doe Defendants, collectively are referred to as "Defendants").

26.    Plaintiffs are informed and believe, and on that basis aver, that at all times mentioned in this Complaint, each of the Defendants was the agent of each of the other Defendants and, in doing the things averred in this Complaint, was acting within the course and scope of such agency.

## FACTS APPLICABLE TO ALL CLAIMS

27.    iBus Media is the owner and operator of the website www.pokernews.com ("PokerNews").  iBus Media describes PokerNews as "the largest poker media site in the world" and "the world's leading poker website."  According to iBus Media, PokerNews is "considered to be the most complete poker resource available on the internet."  PokerNews contains a great deal of content, including news, videos, strategy guides, live reporting, and podcasts, largely focused on the poker industry.  As claimed on PokerNews itself, "visitors will find a daily dose of articles with the latest poker news, live reporting from tournaments, exclusive videos, podcasts and so much more."

28.    Pokernews contains a great deal of material that was either written or otherwise prepared in the United States and California, or that is directly targeted towards audiences in the United States and California.  This material includes

coverage of poker events in California, videos filmed at events in California, podcasts created or recorded in California, and articles regarding the status of legalization of poker in California.

29.     iBus Media also employs or has employed individuals in the United States and California that support the operation of and creation of content for Pokernews.  These employees include an editor for Pokernews that is based in Los Angeles, California, and multiple employees in Nevada and other locations throughout the United States, including the "Head of Video and Podcasting."  iBus Media also maintained an office in San Diego during the period of infringement as alleged herein.  iBus Media has also applied for and obtained multiple trademark registrations related to PokerNews in the United States.

30.     In addition to the website, iBus Media also owns, operates and distributes a mobile application called "PokerNews.Com" (the "PokerNews App"). The PokerNews App contains much of the same content available on PokerNews, including the podcasts.  The PokerNews App is available for download both through the iTunes App Store, and the Google Play app store.

31.     A large portion of the content available through PokerNews and the PokerNews App consists of hundreds of podcasts discussing various issues relating to poker.

32.     In addition to being made available for streaming through PokerNews and the PokerNews App, these podcasts are also made available to audiences in the United States and California for streaming and/or download by iBus Media through audioBoom, iTunes, Spotify, Google Play, and Stitcher.

33.     In numerous of the podcasts, iBus Media incorporated significant portions of Plaintiffs' copyrighted works (the "Infringing Podcasts").  In each of the Infringing Podcasts, Plaintiffs' copyrighted works are prominently featured and undoubtedly used with the intention of making the podcasts more appealing to listeners.

34.     Upon information and belief, iBus Media profits from the Infringing Podcasts by, among other things, directly or indirectly pairing the Infringing Podcasts with advertising or otherwise using the Infringing Podcasts to draw audiences to its other profit-making enterprises.

35.     By incorporating Plaintiffs' copyrighted works into the Infringing Podcasts, and then making those Infringing Podcasts available to the public for streaming and/or download, all without any license or authorization from Plaintiffs, iBus Media is infringing Plaintiffs' exclusive rights to reproduce, prepare derivative works based upon, distribute, and publicly perform the works listed in Schedules A, B, and C incorporated herewith.  This infringement includes, but is not limited to, (i) adapting Plaintiffs' copyrighted works to create new, unauthorized derivate works (i.e., the Infringing Podcasts); (ii) uploading the Infringing Podcasts to its own computer servers and the computer servers of third-party hosting services; and (iii) transmitting the Infringing Podcasts to consumers of iBus Media's content via streaming digital public performance.  Schedule D to this Complaint, which is also incorporated herein by reference, is a representative sample of the Infringing Podcasts, and also identifies the copyright work infringed in each such Infringing Podcast.

36.     While Schedule D contains hundreds of examples of infringements, Plaintiffs are continuing their investigation into the scope of iBus Media's infringement.  Plaintiffs are informed and believe, and on that basis aver, that further investigation will reveal many more sound recordings and musical compositions owned and/or controlled by Plaintiffs, in whole or in part, that are being unlawfully exploited by iBus Media.  Plaintiffs expressly reserve the right to amend this Complaint to assert additional claims for infringement of Plaintiffs' copyrighted works as it uncovers such infringement during the course of discovery in this action.

37.     Plaintiffs first discovered certain of the infringing conduct of iBus Media almost three years ago.  Prior to that date, Plaintiffs did not know of, and had no reason to know of, iBus Media's infringing conduct.

38.     iBus Media was expressly notified that it was infringing content owned by Plaintiffs no later than December 2015.  Despite receiving such notification, iBus Media continues to include infringing content in its podcasts.

39.     While iBus Media claims to have taken steps to remove certain of the infringing content, upon information and belief, content continues to be made available by iBus Media.

40.     Plaintiffs are informed and believe, and on that basis aver, that iBus Media is well aware that its conduct constitutes copyright infringement.  Defendant is a sophisticated entity that derives significant income from the exploitation of the content it distributes, including the Infringing Podcasts, and is fully familiar with applicable copyright laws.

41.     On Pokernews, iBus Media even expressly proclaims that "All Content published by PokerNews on the Site (apart from User-submitted Content), including, without limitation, images, photographs, graphics, animations, videos, audio and text . . . are owned by PokerNews and/or its licensors and is protected by copyright and other intellectual property or other proprietary rights."  Nevertheless, iBus Media has continued to produce and make available infringing content, despite receiving express notice that its conduct is prohibited.  As such, Defendant knows that music cannot be copied, adapted, distributed, sold, and publicly performed without a license.

## COUNT I

## COPYRIGHT INFRINGEMENT

### [By The Record Company Plaintiffs Against Defendants]

42.     Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 41, inclusive.

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

10

43.     By the acts set forth above, Defendants have infringed the Record Company Plaintiffs' copyrights in the Recordings, including by reproducing, distributing, adapting, and digitally publicly performing the Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

44.     Each such infringement by Defendants of the Recordings constitutes a separate and distinct act of infringement.

45.     Defendants' acts of infringement are willful, in disregard of and with indifference to the rights of the Record Company Plaintiffs.

46.     As a direct and proximate result of the infringements by Defendants, the Record Company Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial, and which are not currently ascertainable. Alternatively, the Record Company Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

47.     The Record Company Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

48.     As a result of Defendants' acts and conduct, the Record Company Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  The Record Company Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe the Record Company Plaintiffs' rights in the Recordings.  The Record Company Plaintiffs are entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## COUNT II

## COPYRIGHT INFRINGEMENT

### [By The Music Publisher Plaintiffs Against Defendants]

49.     Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 41, inclusive.

50.     By the acts set forth above, Defendants have infringed the Music Publisher Plaintiffs' copyrights in the Musical Compositions by reproducing, adapting, distributing, and publicly performing the Musical Compositions without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

51.     Each such infringement by Defendants of the Musical Compositions constitutes a separate and distinct act of infringement.

52.     Defendants' acts of infringement are willful, in disregard of and with indifference to the rights of the Music Publisher Plaintiffs.

53.     As a direct and proximate result of the infringements by Defendants, the Music Publisher Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial, and which are not currently ascertainable. Alternatively, the Music Publisher Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

54.     The Music Publisher Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

55.     As a result of Defendants' acts and conduct, the Music Publisher Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  The Music Publisher Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe the Music Publisher Plaintiffs' rights in the Musical Compositions.  The Music

1  Publisher Plaintiffs are entitled to temporary, preliminary, and permanent

2  injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

3  ## COUNT III

4  ## VIOLATION OF CALIFORNIA CIVIL CODE § 980(2)

5  ### [By The Record Company Plaintiffs Against Defendants]

6      56.    Plaintiffs incorporate by this reference each and every averment

7  contained in paragraphs 1 through 41, inclusive.

8      57.    The Record Company Plaintiffs own exclusive ownership interests

9  pursuant to California Civil Code § 980(a)(2) and under the common law in and to

10  the sound recordings identified in the representative list attached hereto as

11  Schedule B, among many other such sound recordings that the Recording

12  Company Plaintiffs own and which they are informed and believe, and on that

13  basis aver, that Defendants have infringed, to be identified in discovery.

14      58.    As set forth in more detail above, Defendants have, without

15  permission, reproduced and distributed the sound recordings or portions thereof in

16  podcasts as reflected on Schedule D.  Additionally, the Record Company Plaintiffs

17  are informed and believe, and on that basis aver, that Defendants have, without

18  permission, reproduced, distributed, and adapted a substantial number of additional

19  sound recordings protected under state law and owned by the Record Company

20  Plaintiffs.

21      59.    As a direct and proximate result of Defendants' conduct in violation

22  of the Record Company Plaintiffs' exclusive ownership interests in and to their

23  sound recordings owned pursuant to state law, Defendants have received proceeds

24  and the Record Company Plaintiffs have been damaged in an amount to be proved

25  at trial.

26      60.    Defendants' conduct is causing and, unless enjoined and restrained by

27  this Court, will continue to cause the Record Company Plaintiffs great and

28  irreparable injury that cannot fully be compensated or measured in money.  The

1  Record Company Plaintiffs have no adequate remedy at law.  The Record
2  Company Plaintiffs are entitled to preliminary and permanent injunctions
3  prohibiting further infringements of its exclusive rights.

4        61.    Defendants are guilty of oppression, fraud and/or malice and the
5  Record Company Plaintiffs, in addition to their actual damages are, by reason
6  thereof, entitled to recover exemplary and punitive damages against Defendants.

**COUNT IV**

**VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS
CODE § 17200 AND COMMON LAW UNFAIR COMPETITION**

**[By The Record Company Plaintiffs Against Defendants]**

11      62.    Plaintiffs incorporate by this reference each and every averment
12 contained in paragraphs 1 through 41, inclusive.

13      63.    The foregoing acts and conduct of Defendants constitute
14 misappropriation, conversion, and invasion of the Record Company Plaintiffs'
15 property rights in and to the sound recordings that they own pursuant to state law
16 and which Defendants have infringed, to be identified in discovery, in addition to
17 the representative sample reflected in Schedule B hereto.  The foregoing acts and
18 conduct of Defendants constitute unfair competition under California Business and
19 Professions Code § 17200 and under the common law.  If necessary, the Record
20 Company Plaintiffs will amend this Complaint to add additional claims under state
21 law once the specific identities of all of the sound recordings infringed by
22 Defendants are determined, or, alternatively, will provide such information
23 pursuant to Fed. R. Civ. P. 26 and/or in discovery.

24      64.    As a direct and proximate result of Defendants' conduct, the Record
25 Company Plaintiffs are entitled to recover all proceeds and other compensation
26 received or to be received by Defendants arising from their infringements of the
27 Record Company Plaintiffs' sound recordings owned pursuant to state law.  The

28

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

14

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1  Record Company Plaintiffs requests that the Court order Defendants to render an

2  accounting to ascertain the amount of such profits and compensation.

3      65.    As a direct and proximate result of Defendants' unfair competition,

4  the Record Company Plaintiffs have been damaged and Defendants have been

5  unjustly enriched, in an amount that shall be proved at trial for which damages,

6  restitution, and/or disgorgement is appropriate.  Such damages, restitution, and/or

7  disgorgement should include a declaration by this Court that Defendants are

8  constructive trustees for the benefit of the Record Company Plaintiffs and an order

9  that Defendants convey to the Record Company Plaintiffs all the gross receipts

10  received or to be received that are attributable to infringement of the Record

11  Company Plaintiffs' sound recordings owned pursuant to state law.

12      66.    Defendants' conduct is causing and, unless enjoined and restrained by

13  this Court, will continue to cause the Record Company Plaintiffs' great and

14  irreparable injury that cannot fully be compensated or measured in money.  The

15  Record Company Plaintiffs have no adequate remedy at law.  The Record

16  Company Plaintiffs are entitled to preliminary and permanent injunctions

17  prohibiting further infringements of its exclusive rights.

18      67.    Defendants are guilty of oppression, fraud and/or malice and the

19  Record Company Plaintiffs, in addition to their actual damages are, by reason

20  thereof, entitled to recover exemplary and punitive damages against Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Mitchell Silberberg & Knupp LLP

B529314.2/97123-00000

1    WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of

2  them, jointly and severally, as follows:

3    1.    For a preliminary and permanent injunction enjoining and restraining

4  Defendants and their respective agents, servants, directors, officers, principals,

5  employees, representatives, subsidiaries and affiliated companies, successors,

6  assigns, and those acting in concert with them or at their direction from directly or

7  indirectly infringing in any manner any right in any and all copyrighted works (or

8  portions thereof), whether now in existence or later created, in which any Plaintiff

9  (including its parents, subsidiaries, affiliates, or distributed labels) owns or controls

10 an exclusive right under Section 106 of the United States Copyright Act (17 U.S.C.

11 § 106) or state law, including without limitation by directly or indirectly copying,

12 reproducing, downloading, distributing, communicating to the public, uploading,

13 linking to, transmitting, publicly performing, or otherwise exploiting in any

14 manner any of Plaintiffs' Recordings or Musical Compositions, including but not

15 limited to those set forth in Schedules A, B and C to the Complaint; and

16   2.    On Counts I and II, for:

17     (a)    Defendants' profits and damages in such amount as may be

18 determined; alternatively, for maximum statutory damages in the amount of

19 $150,000 with respect to each copyrighted work infringed, or for such other

20 amount as may be proper pursuant to 17 U.S.C. § 504(c); and

21     (b)    Plaintiffs' attorneys' fees and full costs; and

22   3.    On Counts III and IV, for an accounting, the imposition of a

23 constructive trust, restitution of Defendants' unlawful proceeds, and damages

24 according to proof;

25   3.    On Counts III and IV, for punitive and exemplary damages in such

26 amount as may be awarded at trial;

27   4.    For prejudgment interest according to law; and

28

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

16

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1       5.     For such other and further relief as the Court may deem just and

2  proper.

3

4  DATED: November 16, 2018    Mitchell Silberberg & Knupp LLP

5

6                      By:   /s/  Aaron M. Wais

7                            David A. Steinberg

8                            Aaron M. Wais
Bradley J. Mullinw
Attorneys for Plaintiffs

9                            UMG Recordings, Inc.; Roc-A-Fella
Records, LLC; Capitol Records, LLC;

10                       Universal Music Corp.; Songs of
Universal, Inc.; PolyGram Publishing,

11                       Inc.; Universal Music – MGB NA LLC;
and Universal Music – Z Tunes LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

B529314.2/97123-00000

17

# JURY DEMAND

Plaintiffs UMG Recordings, Inc.; Roc-A-Fella Records, LLC; Capitol Records, LLC; Universal Music Corp.; Songs of Universal, Inc.; PolyGram Publishing, Inc.; Universal Music – MGB NA LLC; and Universal Music – Z Tunes LLC hereby demand a trial by jury on all matters and issues so triable.

DATED: November 16, 2018          MITCHELL SILBERBERG & KNUPP LLP

By:   /s/ Aaron M. Wais
          David A. Steinberg
          Aaron M. Wais
          Bradley J. Mullins
          Attorneys for Plaintiffs
          UMG Recordings, Inc.; Roc-A-Fella
          Records, LLC; Capitol Records, LLC;
          Universal Music Corp.; Songs of
          Universal, Inc.; PolyGram Publishing,
          Inc.; Universal Music – MGB NA LLC;
          and Universal Music – Z Tunes LLC

# EXHIBIT A

## SCHEDULE A

| Title | Artist | Plaintiff | Copyright Registration Number |
|---|---|---|---|
| Ain't No Love In The Heart Of The City | Bobby Bland | UMG Recordings, Inc. | N00000016419, RE0000867280 |
| All Of The Lights | Kanye West | Roc-A-Fella Records, LLC | SR0000683430 |
| All Star | Smash Mouth | UMG Recordings, Inc. | SR0000264519 |
| Ba Bump | The Black Eyed Peas | UMG Recordings, Inc. | SR0000378166 |
| Bohemian Like You | The Dandy Warhols | Capitol Records, LLC | SR0000285787 |
| Champion | Kanye West | Roc-A-Fella Records, LLC | SR0000615020 |
| Ch-Check It Out | Beastie Boys | Capitol Records, LLC | SR0000360352 |
| Clap Back | Ja Rule | UMG Recordings, Inc. | SR0000345007 |
| Drop It Like It's Hot | Snoop Dogg | UMG Recordings, Inc. | SR0000362084 |
| Every Little Thing She Does Is Magic | The Police | UMG Recordings, Inc. | SR0000030222 |
| Good Life | Kanye West | Roc-A-Fella Records, LLC | SR0000615020 |
| Good Morning | Kanye West | Roc-A-Fella Records, LLC | SR0000615020 |
| Heard 'Em Say | Kanye West | Roc-A-Fella Records, LLC | SR0000380526 |
| Here For You | Gorgon City | UMG Recordings, Inc. | SR0000746174 |
| Homecoming | Kanye West | Roc-A-Fella Records, LLC | SR0000615020 |
| I Know You Got Soul | Eric B. & Rakim | UMG Recordings, Inc. | SR0000082471 |

**Exhibit A, Page 20**

## SCHEDULE A

| Title | Artist | Plaintiff | Copyright Registration Number |
|---|---|---|---|
| Kid Charlemagne | Steely Dan | UMG Recordings, Inc. | N00000032362, RE0000908461 |
| Make Her Say | Kid Cudi | UMG Recordings, Inc. | SR0000641951 |
| Money Maker | Ludacris | UMG Recordings, Inc. | SR0000398765 |
| Mosh | Eminem | UMG Recordings, Inc. | SR0000362156 |
| Outstanding | The Gap Band | UMG Recordings, Inc. | SR0000036081 |
| Paradise City | Guns N` Roses | UMG Recordings, Inc. | SR0000085358 |
| Power | Kanye West | Roc-A-Fella Records, LLC | SR0000683430 |
| So Long Goodbye | Sum 41 | UMG Recordings, Inc. | SR0000609704 |
| The Number Song | DJ Shadow | UMG Recordings, Inc. | SR0000755373 |
| Thought @ Work | The Roots | UMG Recordings, Inc. | SR0000314538 |
| Touch The Sky | Kanye West | Roc-A-Fella Records, LLC | SR0000380526 |
| What They Do | The Roots | UMG Recordings, Inc. | SR0000226398 |
| White Wedding | Billy Idol | Capitol Records, LLC | SR0000039673 |
| Won't Back Down | Eminem | UMG Recordings, Inc. | SR0000653572 |

B529845.1

**Exhibit A, Page 21**

# EXHIBIT B

**<u>SCHEDULE B</u>**

| Title | Artist | Plaintiff |
|---|---|---|

| | | |
|---|---|---|
| Baba O'Riley | The Who | UMG Recordings, Inc. |
| Magic Carpet Ride | Steppenwolf, Philip Steir | UMG Recordings, Inc. |
| Pennies From Heaven | Frank Sinatra | Capitol Records, LLC |
| Pretty Little Angel Eyes | Curtis Lee | Capitol Records, LLC |
| Sweet Caroline | Neil Diamond | UMG Recordings, Inc. |

B532913.1

**Exhibit B, Page 23**

# EXHIBIT C

## SCHEDULE C

| Title | Artist | Plaintiff | Copyright Registration Number |
|---|---|---|---|
| Ain't No Love In The Heart Of The City | Bobby Bland | Universal Music Corp. | EU 513011 |
| Kid Charlemagne | Steely Dan | Universal Music Corp. | EU 679291 |
| Clap Back | Ja Rule | Songs of Universal, Inc. | PA 1 245 426 |
| Ch-Check It Out | Beastie Boys | PolyGram Publishing, Inc. | PA 1 268 095 |
| Touch The Sky | Kanye West | Universal Music - MGB NA LLC | PA 1 162 460 |
| Sirius | The Alan Parsons Project | Universal Music - MGB NA LLC | PA-144-129 |
| Friends In Low Places | Garth Brooks | Universal Music - MGB NA LLC | PA-485-587 |
| I Can | Nas | Universal Music - Z Tunes LLC | PA1-262-441 |
| We In Here | DMX | Songs of Universal, Inc., Universal Music Corp. | PA 1-389-846 |
| Good Life | Kanye West | Universal Music - Z Tunes LLC | PA 1 935 936 |
| Superstar | Lupe Fiasco | Universal Music - MGB NA LLC | PA 1-914-364 |
| Magic | B.O.B. | Songs of Universal, Inc. | PA 1 731 007 |

**Exhibit C, Page 25**

## SCHEDULE C

| Title | Artist | Plaintiff | Copyright Registration Number |
|---|---|---|---|
| Show Goes On, The | Lupe Fiasco | Universal Music - MGB NA LLC | PA 1 740 705 |
| All Of The Lights | Kanye West | Universal Music Corp. | PA 1 783 122 |
| Make Her Say | Kid Cudi | Songs of Universal, Inc., Universal Music - MGB NA LLC | PA 1-692-979 |
| Words I Never Said | Lupe Fiasco | Songs of Universal, Inc., Universal Music - MGB NA LLC | PA 1 739 113 |
| Coming Home | Diddy-Dirty Money | Songs of Universal, Inc., Universal Music - MGB NA LLC | PA 1 751 168 |
| Trillionaire | Bun B | Universal Music Corp., Universal Music - MGB NA LLC | PA 1 787 161 |
| Hero | Nas | Songs of Universal, Inc., Universal Music - MGB NA LLC | PA 1-396-112 |
| Milli, A | Lil Wayne | Universal Music - Z Tunes LLC | PA 1 395 759 |
| One Time | Justin Bieber | Songs of Universal, Inc., Universal Music - MGB NA LLC | PA 1 816 046 |
| Star Is Born, A | Jay-Z | Songs of Universal, Inc. | PA 1 920 104 |
| I Want You | Common | Songs of Universal, Inc. | PA 1-629-220 |

2

**Exhibit C, Page 26**

**SCHEDULE C**

| Title | Artist | Plaintiff | Copyright Registration Number |
|---|---|---|---|
| Changes | 2 Pac | Universal Music Corp., Universal Music - MGB NA LLC | PA 1 070 591 |
| Paris, Tokyo | Lupe Fiasco | Universal Music - MGB NA LLC | PA0001913904 |
| Thugz Mansion (Nas Acoustic) | 2 Pac | Universal Music - MGB NA LLC | PA0001115085 |
| Crazy | Gnarls Barkley | Universal Music - MGB NA LLC | PA0001165223 |

3

B530339.1

# EXHIBIT D

## SCHEDULE D

|  | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| 1. | 2008 APT Day 2 Update | The Number Song | DJ Shadow |
| 2. | 2008 Barcelona EPT Main Event Day 1 Begins | White Wedding | Billy Idol |
| 3. | 2009 APPT Auckland: Player Party | Thought @ Work | The Roots |
| 4. | 40 Years of WSOP - Part 2 of 3 | Baba O'Riley | The Who |
| 5. | APPT Opening Party 2008 | Ba Bump | The Black Eyed Peas |
| 6. | Aussie Millions 2012: Bloopers! | Pretty Little Angel Eyes | Curtis Lee |
| 7. | Calling the Clock on Gloria Balding - 2009 WSOP | It Takes Two | Rob Base |
| 8. | Can you do... ? | Magic Carpet Ride | Steppenwolf, Philip Steir |
| 9. | Daniel Negreanu la 2009 World Series Poker ROMANIAN INTERVIEW | I Know You Got Soul | Eric B. & Rakim |
| 10. | Day 2 at the APPT Macau 2008 | Outstanding | The Gap Band |
| 11. | Drinks on Chad feat. Andy Frankenberger | I WANT YOU | Common |
| 12. | Good Bye Amanda | So Long Goodbye | Sum 41 |
| 13. | GPI Update #8: Schemion Takes POY Lead; Selbst Breaks GPI 300 Top 10 | MONEY MAKER | Ludacris |
| 14. | GPI Update Episode #23: All Hail the King | MONEY MAKER | Ludacris |
| 15. | Grant Levy | The Number Song | DJ Shadow |
| 16. | High Stakes at the APT 2008 | The Number Song | DJ Shadow |
| 17. | JAQK Cellars | Pennies From Heaven | Frank Sinatra |
| 18. | Kirk Morrison - Missing Tiffany- but Loving Barcelona | Every Little Thing She Does Is Magic | The Police |
| 19. | LAPT Playa Conchal 2009: Andre Akkari | Paradise City | Guns N` Roses |
| 20. | LAPT Playa Conchal 2009: Angel Guillen (Español) | Paradise City | Guns N` Roses |
| 21. | LAPT Playa Conchal 2009: Carlos Giron | Paradise City | Guns N` Roses |
| 22. | LAPT Playa Conchal 2009: Daniel "djaniel" Mar | Paradise City | Guns N` Roses |
| 23. | LAPT Playa Conchal 2009: Day 2 Update | Paradise City | Guns N` Roses |
| 24. | LAPT Playa Conchal 2009: | Paradise City | Guns N` Roses |

## SCHEDULE D

|  | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
|  | Day 3 Update |  |  |
| 25. | LAPT Playa Conchal 2009: Final Table Preview | Paradise City | Guns N` Roses |
| 26. | LAPT Playa Conchal 2009: Fred Dykes Takes a Monster Lead | Paradise City | Guns N` Roses |
| 27. | LAPT Playa Conchal 2009: Humberto & Roberto Brenes | Paradise City | Guns N` Roses |
| 28. | LAPT Playa Conchal 2009: JC Alvarado | Paradise City | Guns N` Roses |
| 29. | LAPT Playa Conchal 2009: Maridu Mayrinck | Paradise City | Guns N` Roses |
| 30. | LAPT Playa Conchal 2009: Rogelio Pardo (Español) | Paradise City | Guns N` Roses |
| 31. | LAPT Playa Conchal 2009: Rory "AJ" Graham | Paradise City | Guns N` Roses |
| 32. | LAPT Playa Conchal 2009: Victor Ramdin | Paradise City | Guns N` Roses |
| 33. | LAPT Playa Conchal 2009: What To Do When You Bust? | Paradise City | Guns N` Roses |
| 34. | LAPT Playa Conchal 2009: William Reynolds | Paradise City | Guns N` Roses |
| 35. | Planned Chaos feat. Jason Mecier and Dan O'Brien | SHOW GOES ON, THE | Lupe Fiasco |
| 36. | Planned Chaos feat. Jason Mecier and Dan O'Brien | SUPERSTAR | Lupe Fiasco |
| 37. | PokerNews Cup 2009: Dave Lee | All Star | Smash Mouth |
| 38. | PokerNews Cup VIP Cruise | What They Do | The Roots |
| 39. | PokerNews GPI Update #20: Selbst Soars | MONEY MAKER | Ludacris |
| 40. | PokerNews GPI Update #21: The Return | MONEY MAKER | Ludacris |
| 41. | PokerNews GPI Update #30: 2015 Kickoff | MONEY MAKER | Ludacris |
| 42. | PokerNews GPI Update #9: Schemion Leads the Top 300; Players of the Decade | MONEY MAKER | Ludacris |
| 43. | PokerNews GPI Update Episode #1: Intro to the Podcast, Phil Ivey Falls, and More | MONEY MAKER | Ludacris |
| 44. | PokerNews GPI Update | MONEY MAKER | Ludacris |

**Exhibit D, Page 30**

## SCHEDULE D

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| | Episode #11: O Canada | | |
| 45. | PokerNews GPI Update Episode #12: Hellmuth the Egalitarian | MONEY MAKER | Ludacris |
| 46. | PokerNews GPI Update Episode #13: Merson's Climbing | MONEY MAKER | Ludacris |
| 47. | PokerNews GPI Update Episode #14: New POY Leader | MONEY MAKER | Ludacris |
| 48. | PokerNews GPI Update Episode #15: Negreanu Back on Top | MONEY MAKER | Ludacris |
| 49. | PokerNews GPI Update Episode #16: Negreanu Plummets | MONEY MAKER | Ludacris |
| 50. | PokerNews GPI Update Episode #18: WSOP Fantasy Poker Manger News | MONEY MAKER | Ludacris |
| 51. | PokerNews GPI Update Episode #19: WSOP Kickoff | MONEY MAKER | Ludacris |
| 52. | PokerNews GPI Update Episode #22: Muking it Up | MONEY MAKER | Ludacris |
| 53. | PokerNews GPI Update Episode #24: Smith Remains On Top | MONEY MAKER | Ludacris |
| 54. | PokerNews GPI Update Episode #25: Selbst Returns to the Top 10 | MONEY MAKER | Ludacris |
| 55. | PokerNews GPI Update Episode #26: Smith and Colman Separate | MONEY MAKER | Ludacris |
| 56. | PokerNews GPI Update Episode #27: Colman Takes the Lead | MONEY MAKER | Ludacris |
| 57. | PokerNews GPI Update Episode #28: Barer With Me | MONEY MAKER | Ludacris |
| 58. | PokerNews GPI Update Episode #3: Mercier Falls Out of the Top 10; Hellmuth Takes a Hit | MONEY MAKER | Ludacris |
| 59. | PokerNews GPI Update Episode #31: American Poker Awards | MONEY MAKER | Ludacris |
| 60. | PokerNews GPI Update | MONEY MAKER | Ludacris |

**Exhibit D, Page 31**

## SCHEDULE D

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| | Episode #32: Cookie Jar Jams | | |
| 61. | PokerNews GPI Update Episode #33: APA Recap, EPA Discussion, and More | MONEY MAKER | Ludacris |
| 62. | PokerNews GPI Update Episode #34: Global Poker Masters Preview and More | MONEY MAKER | Ludacris |
| 63. | PokerNews GPI Update Episode #35: Global Poker Masters Recap, New POY Leader | MONEY MAKER | Ludacris |
| 64. | PokerNews GPI Update Episode #36: EPT Grand Final and Mispronunciations | MONEY MAKER | Ludacris |
| 65. | PokerNews GPI Update Episode #37: We're Back! | MONEY MAKER | Ludacris |
| 66. | PokerNews GPI Update Episode #38: Zinno Can't Extend His Lead | MONEY MAKER | Ludacris |
| 67. | PokerNews GPI Update Episode #39: Giving Thanks | MONEY MAKER | Ludacris |
| 68. | PokerNews GPI Update Episode #5: Daniel Negreanu Tops the POY and GPI 300 | MONEY MAKER | Ludacris |
| 69. | PokerNews GPI Update Episode #6: A Shorr Thing | MONEY MAKER | Ludacris |
| 70. | PokerNews Podcast Episode #113: WSOP Hangover feat. Amit Makhija | WE IN HERE | DMX |
| 71. | PokerNews Podcast Episode #117: It's Good to be King feat. Dan Smith | CHAMPION | Kanye West |
| 72. | PokerNews Podcast Episode #117: It's Good to be King feat. Dan Smith | MILLI, A | Lil Wayne |
| 73. | PokerNews Podcast Episode #124: The French Girl's Mine feat. Rob Salaburu | WON'T BACK DOWN | Eminem |
| 74. | PokerNews Podcast Episode #125 Back in Vegas feat. Jonathan Aguiar | I CAN | Nas |
| 75. | PokerNews Podcast Episode #127: The Return of Full Tilt Poker feat. Greg Merson | CHAMPION | Kanye West |
| 76. | PokerNews Podcast Episode | HEARD 'EM SAY | Kanye West |

## SCHEDULE D

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| | #128: Back to School feat. Jake Balsiger | | |
| 77. | PokerNews Podcast Episode #149: Ultimate Ultimatum feat. Antonio Esfandiari | ALL OF THE LIGHTS | Kanye West |
| 78. | PokerNews Podcast Episode #153: Welcome to the 2013 WSOP | SIRIUS | The Alan Parsons Project |
| 79. | PokerNews Podcast Episode #174: Darvin Moon is on the Lineup feat. Nolan Dalla | TOUCH THE SKY | Kanye West |
| 80. | PokerNews Podcast Episode #178: EPT Barcelona feat. Steven Silverman and Daniel Negreanu | AIN'T NO LOVE IN THE HEART OF THE CITY | Bobby Bland |
| 81. | PokerNews Podcast Episode #189: No Oatmeal for You feat. Mohsin Charania | HOMECOMING | Kanye West |
| 82. | PokerNews Podcast Episode #203: The Nug Life feat. Ty Stewart | THUGZ MANSION (NAS ACOUSTIC) | 2 Pac |
| 83. | PokerNews Podcast Episode #227 feat. Matt Glantz | Touch The Sky | Kanye West |
| 84. | PokerNews Podcast Episode #227: Cream to the Crop feat. Matt Glantz | TOUCH THE SKY | Kanye West |
| 85. | PokerNews Podcast Episode #232: One Drop Reaction feat. David Williams | HERO | Nas |
| 86. | PokerNews Podcast Episode #235: R-E-S-P-E-C-T | DROP IT LIKE IT'S HOT | Snoop Dogg |
| 87. | PokerNews Podcast Episode #244: Bad News Bureaucracy | DROP IT LIKE IT'S HOT | Snoop Dogg |
| 88. | PokerNews Podcast Episode #263: Vote or Die feat. Mukul Pahuja, Jason Mercier, and Jennifer Shahade | CHANGES | 2 Pac |
| 89. | PokerNews Podcast Episode #282: Mizzi Binks | DROP IT LIKE IT'S HOT | Snoop Dogg |
| 90. | PokerNews Podcast Episode 100: Celebration feat. Andy Frankenberger | TOUCH THE SKY | Kanye West |
| 91. | Pokernews podcast November 4th, 2010 | TOUCH THE SKY | Kanye West |
| 92. | PokerNews Podcast: $50K | CHAMPION | Kanye West |

**Exhibit D, Page 33**

## SCHEDULE D

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| | Poker Player's Championship | | |
| 93. | PokerNews Podcast: Back, Bust and Bounce feat. Blair Hinkle | MILLI, A | Lil Wayne |
| 94. | PokerNews Podcast: Bankroll Management feat. Jean-Robert Bellande | POWER | Kanye West |
| 95. | PokerNews Podcast: Black Friday Anniversary feat. Samuel Chartier | GOOD MORNING | Kanye West |
| 96. | PokerNews Podcast: Boom! Kristy is a MiniFTOPS Champion! (feat. Deuces Cracked's Jay Rosenkratz) | CHAMPION | Kanye West |
| 97. | PokerNews Podcast: Boom! Kristy is a MiniFTOPS Champion! (feat. Deuces Cracked's Jay Rosenkratz) | KID CHARLEMAGNE | Steely Dan |
| 98. | PokerNews Podcast: Boom! Kristy is a MiniFTOPS Champion! (feat. Deuces Cracked's Jay Rosenkratz) | TRILLIONAIRE | Bun B |
| 99. | PokerNews Podcast: EPT San Remo feat. Lex Veldhuis | I WANT YOU | Common |
| 100. | PokerNews Podcast: Friday feat. Ty Stewart | CRAZY | Gnarls Barkley |
| 101. | PokerNews Podcast: Frolf feat. Randall Flowers | COMING HOME | Diddy-Dirty Money |
| 102. | PokerNews Podcast: Get Your Ass On The Internet feat. Victor Ramdin | WON'T BACK DOWN | Eminem |
| 103. | PokerNews Podcast: Have No Mercier feat. Lauren Kling | GOOD MORNING | Kanye West |
| 104. | PokerNews Podcast: Midwestern Poker feat. Eric "basebaldy" Baldwin | FRIENDS IN LOW PLACES | Garth Brooks |
| 105. | PokerNews Podcast: Monkey Tilt feat. Randy Lew and Adam Geyer | CLAP BACK | Ja Rule |
| 106. | PokerNews Podcast: November Nine Dinner Break Special | SIRIUS | The Alan Parsons Project |
| 107. | PokerNews Podcast: Planet…arium feat. Jay Rosenkrantz | TOUCH THE SKY | Kanye West |

Exhibit D, Page 34

**SCHEDULE D**

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| 108. | PokerNews Podcast: Point and Grab featuring Tony G | WORDS I NEVER SAID | Lupe Fiasco |
| 109. | PokerNews Podcast: Rio Rookie feat. Zach Gruneberg | STAR IS BORN, A | Jay-Z |
| 110. | PokerNews Podcast: Run Ashton, Run feat. Ashton Griffin and Mer Brit | CLAP BACK | Ja Rule |
| 111. | PokerNews Podcast: Songified feat. Andre Akkari | CH-CHECK IT OUT | Beastie Boys |
| 112. | PokerNews Podcast: Super Maria feat. Maria Ho | GOOD LIFE | Kanye West |
| 113. | PokerNews Podcast: Super Maria feat. Maria Ho | MAKE HER SAY | Kid Cudi |
| 114. | PokerNews Podcast: Super Maria feat. Maria Ho | PARIS, TOKYO | Lupe Fiasco |
| 115. | PokerNews Podcast: That's Not a Knife feat. Maria Ho | CLAP BACK | Ja Rule |
| 116. | PokerNews Podcast: The Big Event feat. Chris Moneymaker | MONEY MAKER | Ludacris |
| 117. | PokerNews Podcast: UB Layoffs feat. Maria Ho | MAGIC | B.O.B. |
| 118. | PokerNews Podcast: Wash Your Ball Pits feat. Andrew Seidman | MOSH | Eminem |
| 119. | PokerNews Podcast: We Will Rock You feat. Daniel Negreanu | CLAP BACK | Ja Rule |
| 120. | PokerNews Podcast: We'll Do it Live! 2011 WSOP Preview Show | HOMECOMING | Kanye West |
| 121. | Remko Report Episode #1: Ryan Riess | TOUCH THE SKY | Kanye West |
| 122. | Remko Report Episode #10: Hermance Blum and Frank Op de Woerd | TOUCH THE SKY | Kanye West |
| 123. | Remko Report Episode #11: Dong Kim | TOUCH THE SKY | Kanye West |
| 124. | Remko Report Episode #11: Vanessa Rousso | TOUCH THE SKY | Kanye West |
| 125. | Remko Report Episode #13: REG Charity | TOUCH THE SKY | Kanye West |
| 126. | Remko Report Episode #14: Fatima Moreira de Melo | TOUCH THE SKY | Kanye West |

**Exhibit D, Page 35**

**SCHEDULE D**

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| 127. | Remko Report Episode #15: Jason Wheeler | TOUCH THE SKY | Kanye West |
| 128. | Remko Report Episode #16: Jason Les | TOUCH THE SKY | Kanye West |
| 129. | Remko Report Episode #17: Shannon Shorr | TOUCH THE SKY | Kanye West |
| 130. | Remko Report Episode #18: Brian Rast | TOUCH THE SKY | Kanye West |
| 131. | Remko Report Episode #19: Eli Elezra | TOUCH THE SKY | Kanye West |
| 132. | Remko Report Episode #2: Danny McDonagh | TOUCH THE SKY | Kanye West |
| 133. | Remko Report Episode #2: Jorryt van Hoof | TOUCH THE SKY | Kanye West |
| 134. | Remko Report Episode #20: Norman Chad | TOUCH THE SKY | Kanye West |
| 135. | Remko Report Episode #21: Nolan Dalla | TOUCH THE SKY | Kanye West |
| 136. | Remko Report Episode #22: Talal Shakerchi | TOUCH THE SKY | Kanye West |
| 137. | Remko Report Episode #23: November Niner Max Steinberg | TOUCH THE SKY | Kanye West |
| 138. | Remko Report Episode #4: Terrence Chan | TOUCH THE SKY | Kanye West |
| 139. | Remko Report Episode #5: Jason Koon | TOUCH THE SKY | Kanye West |
| 140. | Remko Report Episode #6: Noah Schwartz | TOUCH THE SKY | Kanye West |
| 141. | Remko Report Episode #7: Daniel Negreanu | TOUCH THE SKY | Kanye West |
| 142. | Remko Report Episode #8: George Danzer | TOUCH THE SKY | Kanye West |
| 143. | Remko Report Episode #9: Mike Leah | TOUCH THE SKY | Kanye West |
| 144. | Roger Sanchez Live at Teatre Principal Barcelona 2014 Part 2 | Here For You | Gorgon City |
| 145. | Strategy With Kristy feat. Jesse Martin | I CAN | Nas |
| 146. | Strategy With Kristy feat. Lauren Kling | I CAN | Nas |
| 147. | Strategy With Kristy feat. Paul Berende and Sorel Mizzi | I CAN | Nas |

8

**Exhibit D, Page 36**

**SCHEDULE D**

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| 148. | Strategy with Kristy Podcast Part 2 with Tommy Angelo | I CAN | Nas |
| 149. | Strategy with Kristy Podcast: Adrienne Rowsome Discusses Seven-Card Stud Eight-or-Better | I CAN | Nas |
| 150. | Strategy With Kristy Podcast: Nick Rampone | I CAN | Nas |
| 151. | Strategy with Kristy Podcast: Observations of Successful Live Pros | I CAN | Nas |
| 152. | Strategy With Kristy Podcast: Team PokerStars Online's Mickey Petersen | I CAN | Nas |
| 153. | Strategy with Kristy: A Must Listen Before WSOP Main Event with Jared Tendler | I CAN | Nas |
| 154. | Strategy With Kristy: Aaron Jones | I CAN | Nas |
| 155. | Strategy With Kristy: Aaron Jones Part II | I CAN | Nas |
| 156. | Strategy with Kristy: Aaron Steinberg Discusses Poker Psychology Coaching | I CAN | Nas |
| 157. | Strategy With Kristy: Alec Torelli | I CAN | Nas |
| 158. | Strategy With Kristy: Alec Torelli Part II | I CAN | Nas |
| 159. | Strategy With Kristy: Amanda Musumeci | I CAN | Nas |
| 160. | Strategy with Kristy: Andrew "BalugaWhale" Seidman pt. II | I CAN | Nas |
| 161. | Strategy With Kristy: Andrew Brokos | I CAN | Nas |
| 162. | Strategy With Kristy: Andrew Robl | I CAN | Nas |
| 163. | Strategy With Kristy: Andrew Seidman talks MTTs | I CAN | Nas |
| 164. | Strategy With Kristy: APPT Seoul | I CAN | Nas |
| 165. | Strategy with Kristy: Ari Engel Discusses Tournament Strategy | I CAN | Nas |
| 166. | Strategy With Kristy: Ben | I CAN | Nas |

## SCHEDULE D

|  | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
|  | Wilinofsky |  |  |
| 167. | Strategy With Kristy: Blair Hinkle | I CAN | Nas |
| 168. | Strategy With Kristy: Chris George | I CAN | Nas |
| 169. | Strategy With Kristy: Christina Lindley | I CAN | Nas |
| 170. | Strategy With Kristy: Cylus Watson | I CAN | Nas |
| 171. | Strategy with Kristy: Danielle Andersen Discusses Longevity and Balance in Poker | I CAN | Nas |
| 172. | Strategy with Kristy: Darren Rabinowitz on Break in Aussie Millions Main Event | I CAN | Nas |
| 173. | Strategy With Kristy: Darryll Fish | I CAN | Nas |
| 174. | Strategy With Kristy: Darryll Fish Talks WPT Lucky Hearts Poker Open | I CAN | Nas |
| 175. | Strategy With Kristy: David "Doc" Sands | I CAN | Nas |
| 176. | Strategy With Kristy: David Randall | I CAN | Nas |
| 177. | Strategy With Kristy: David Randall at WSOP | I CAN | Nas |
| 178. | Strategy With Kristy: David Randall Discusses Deep Run | I CAN | Nas |
| 179. | Strategy With Kristy: Denny Man | I CAN | Nas |
| 180. | Strategy With Kristy: Easy Game feat. Andrew "BalugaWhale" Seidman | I CAN | Nas |
| 181. | Strategy With Kristy: EPT Barcelona feat. Mike McDonald and Mike Watson | I CAN | Nas |
| 182. | Strategy With Kristy: EPT Grand Final feat. Daniel Negreanu, Randy Lew, and Mickey Petersen | I CAN | Nas |
| 183. | Strategy With Kristy: Eric Froehlich | I CAN | Nas |
| 184. | Strategy With Kristy: Floating OOP feat. Reid | I CAN | Nas |

## SCHEDULE D

|  | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
|  | Young |  |  |
| 185. | Strategy With Kristy: Frank Rusnak | I CAN | Nas |
| 186. | Strategy with Kristy: Galen Hall Talks About How to Get Better at Poker Quickly | I CAN | Nas |
| 187. | Strategy With Kristy: Griffin Benger | I CAN | Nas |
| 188. | Strategy With Kristy: Gus Voelzel | I CAN | Nas |
| 189. | Strategy With Kristy: Jared Bleznick | I CAN | Nas |
| 190. | Strategy With Kristy: Jared Tendler | I CAN | Nas |
| 191. | Strategy With Kristy: Jared Tendler | I CAN | Nas |
| 192. | Strategy With Kristy: Jared Tendler Part II | I CAN | Nas |
| 193. | Strategy With Kristy: Jason Koon | I CAN | Nas |
| 194. | Strategy With Kristy: Jason Koon | I CAN | Nas |
| 195. | Strategy with Kristy: Jason Lavallee Discusses a Queen-High Call | I CAN | Nas |
| 196. | Strategy With Kristy: Jason Somerville | I CAN | Nas |
| 197. | Strategy With Kristy: Jaymes Rosenthal, Berk Brown, and Jon Hemmer | I CAN | Nas |
| 198. | Strategy With Kristy: John Kim Part I | I CAN | Nas |
| 199. | Strategy With Kristy: John Kim Part II | I CAN | Nas |
| 200. | Strategy With Kristy: John Racener | I CAN | Nas |
| 201. | Strategy With Kristy: Johnny Lodden and Theo Jorgensen | I CAN | Nas |
| 202. | Strategy With Kristy: Jonathan Little | I CAN | Nas |
| 203. | Strategy With Kristy: Jonathan Little Returns | I CAN | Nas |
| 204. | Strategy With Kristy: Kane Kalas | I CAN | Nas |

**SCHEDULE D**

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| 205. | Strategy with Kristy: Kristy Discusses Poker Night in America Experience | I CAN | Nas |
| 206. | Strategy With Kristy: Live Cash Games feat. Andrew Moreno and Lincoln Garner | I CAN | Nas |
| 207. | Strategy With Kristy: Live Cash Games Pt. III feat. Nick DiVella | I CAN | Nas |
| 208. | Strategy With Kristy: Live Cash Games Pt. IV feat. Matt Mercurio and Berk Brown | I CAN | Nas |
| 209. | Strategy With Kristy: Max Steinberg | I CAN | Nas |
| 210. | Strategy With Kristy: Max Steinberg discusses deep runs at the WSOP | I CAN | Nas |
| 211. | Strategy with Kristy: Max Steinberg Talks About Busting Phil Ivey in the WSOP Main Event | I CAN | Nas |
| 212. | Strategy with Kristy: Melanie Weisner Analyzes Hands from WSOP | I CAN | Nas |
| 213. | Strategy With Kristy: Mental Game of Poker 2 feat. Jared Tendler | I CAN | Nas |
| 214. | Strategy With Kristy: Mike "Timex" McDonald | I CAN | Nas |
| 215. | Strategy With Kristy: Mike McDonald Part 1 | I CAN | Nas |
| 216. | Strategy with Kristy: Mike Watson Discusses Playing Big Stacks | I CAN | Nas |
| 217. | Strategy With Kristy: Nick DiVella | I CAN | Nas |
| 218. | Strategy With Kristy: Nick DiVella | I CAN | Nas |
| 219. | Strategy With Kristy: Nick Rampone Part 2 | I CAN | Nas |
| 220. | Strategy with Kristy: Nikolai Yakovenko Discusses Open Face Chinese Poker Strategy Part 1 | I CAN | Nas |
| 221. | Strategy with Kristy: Nikolai | I CAN | Nas |

**Exhibit D, Page 40**

## SCHEDULE D

|  | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
|  | Yakovenko Discusses Open Face Chinese Poker Strategy Part 2 |  |  |
| 222. | Strategy With Kristy: Nikolai Yakovenko Discusses Pineapple Open-Face Chinese Poker | I CAN | Nas |
| 223. | Strategy With Kristy: Olivier Busquet | I CAN | Nas |
| 224. | Strategy With Kristy: Open Face Chinese Poker feat. Jason Mercier and Shaun Deeb | I CAN | Nas |
| 225. | Strategy With Kristy: Paul Volpe | I CAN | Nas |
| 226. | Strategy With Kristy: Penultimate Episode with Andrew Seidman | I CAN | Nas |
| 227. | Strategy With Kristy: Phil Collins | I CAN | Nas |
| 228. | Strategy With Kristy: Phil Collins on MTTs | I CAN | Nas |
| 229. | Strategy With Kristy: PLO with Lex Veldhuis | I CAN | Nas |
| 230. | Strategy with Kristy: Poker Math Part 1 | I CAN | Nas |
| 231. | Strategy with Kristy: Poker Math Part 2 with Aaron Wilt | I CAN | Nas |
| 232. | Strategy With Kristy: Prepping for the WSOP | I CAN | Nas |
| 233. | Strategy With Kristy: Quinn Sivage | I CAN | Nas |
| 234. | Strategy With Kristy: Quinn Sivage Pt. II | I CAN | Nas |
| 235. | Strategy With Kristy: Ramzi Jelassi | I CAN | Nas |
| 236. | Strategy With Kristy: Randal Flowers | I CAN | Nas |
| 237. | Strategy With Kristy: Reid Young | I CAN | Nas |
| 238. | Strategy With Kristy: Reid Young Part II | I CAN | Nas |
| 239. | Strategy With Kristy: Ronit Chamani | I CAN | Nas |

**Exhibit D, Page 41**

## SCHEDULE D

| | Infringing Podcast Title | Song Title | Artist |
|---|---|---|---|
| 240. | Strategy With Kristy: Ryan "g0lfa" D'Angelo | I CAN | Nas |
| 241. | Strategy With Kristy: Staking With Daniel Negreanu and Jason Somerville | I CAN | Nas |
| 242. | Strategy With Kristy: Taxes | I CAN | Nas |
| 243. | Strategy With Kristy: Terrence Chan | I CAN | Nas |
| 244. | Strategy With Kristy: The Final Episode feat. Andrew Seidman | I CAN | Nas |
| 245. | Strategy With Kristy: Timothy Adams | I CAN | Nas |
| 246. | Strategy With Kristy: Tommy Angelo pt. I | I CAN | Nas |
| 247. | Strategy With Kristy: Traveling feat. Vanessa Rousso, Lex Veldhuis, and Liv Boeree | I CAN | Nas |
| 248. | Strategy with Kristy: Two Hands from the One Drop High Roller | I CAN | Nas |
| 249. | Strategy with Kristy: WiltOnTilt Part I | I CAN | Nas |
| 250. | Strategy with Kristy: WSOP Quickie with Darryll Fish | I CAN | Nas |
| 251. | Timoshenko Wins!!! | The Number Song | DJ Shadow |
| 252. | Welcome to the 2009 PokerStars.net LAPT Playa Conchal | Paradise City | Guns N` Roses |
| 253. | World Series of BBQ and Lederer Charity Tournament | Sweet Caroline | Neil Diamond |