| | |
|---|---|
| DAVID A. STEINBERG (SBN 130593)<br>  das@msk.com<br>AARON M. WAIS (SBN 250671)<br>  amw@msk.com<br>BRADLEY J. MULLINS (SBN 274219)<br>  bym@msk.com<br>MICHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br><br>Attorneys for Plaintiffs<br>UMG Recordings, Inc.; Roc-A-Fella Records, LLC; Capitol Records, LLC; Universal Music Corp.; Songs of Universal, Inc.; PolyGram Publishing, Inc.; Universal Music – MGB NA LLC; and Universal Music – Z Tunes LLC | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>  Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>  Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100<br><br>*Attorneys for Defendant iBus Media Limited* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG Recordings, Inc.; Roc-A-Fella Records, LLC; Capitol Records, LLC; Universal Music Corp.; Songs of Universal, Inc.; PolyGram Publishing, Inc.; Universal Music – MGB NA LLC; and Universal Music – Z Tunes LLC,<br><br>   *Plaintiffs*,<br><br>  vs.<br><br>iBus Media Limited, and DOES 1 through 10, inclusive,<br><br>   *Defendants*. | CASE NO. 2:18-cv-09709 SJO (JEMx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/10/2019

_John E. McDermott_
The Honorable John E. McDermott
United States Magistrate Judge