DAVID A. STEINBERG (SBN 130593)
  das@msk.com
AARON M. WAIS  (SBN 250671)
  amw@msk.com
BRADLEY J. MULLINS (SBN 274219)
  bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs
UMG Recordings, Inc.; Roc-A-Fella Records,
LLC; Capitol Records, LLC; Universal Music
Corp.; Songs of Universal, Inc.; PolyGram
Publishing, Inc.; Universal Music – MGB NA
LLC; and Universal Music – Z Tunes LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG Recordings, Inc.; Roc-A-Fella Records, LLC; Capitol Records, LLC; Universal Music Corp.; Songs of Universal, Inc.; PolyGram Publishing, Inc.; Universal Music – MGB NA LLC; and Universal Music – Z Tunes LLC<br><br>Plaintiffs,<br><br>v.<br><br>iBus Media Limited, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-09709 PA (JEMx)<br><br>Assigned To: Hon. Percy Anderson<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

STIPULATION OF DISMISSAL WITH PREJUDICE

1   **IT IS SO STIPULATED** by and between Plaintiffs UMG Recordings, Inc.;

2   Roc-A-Fella Records, LLC; Capitol Records, LLC; Universal Music Corp.; Songs

3   of Universal, Inc.; PolyGram Publishing, Inc.; Universal Music – MGB NA LLC;

4   and Universal Music – Z Tunes LLC, on the one hand, and Defendant iBus Media

5   Limited, on the other hand, that, pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii), this

6   action be **DISMISSED WITH PREJUDICE** and each party shall bear its own

7   costs and attorney's fees.

8

9   **IT IS SO STIPULATED.**

10

11   DATED: October 27, 2020          QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
12

13

14                                     By: /s/ Claude M. Stern
                                          Claude M. Stern
15                                        Michael F. LaFond
                                          *Attorneys for Defendant iBus Media*
16                                        *Limited*

17   DATED: October 27, 2020          MITCHELL SILBERBERG & KNUPP LLP

18

19                                     By: /s/ Aaron M. Wais
20                                        David A. Steinberg
                                          Aaron M. Wais
21                                        Bradley J. Mullins
                                          *Attorneys for Plaintiffs*
22                                        *UMG Recordings, Inc.; Roc-A-Fella*
                                          *Records, LLC; Capitol Records, LLC;*
23                                        *Universal Music Corp.; Songs of*
                                          *Universal, Inc.; PolyGram Publishing,*
24                                        *Inc.; Universal Music – MGB NA LLC;*
                                          *and Universal Music – Z Tunes LLC*
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

12532779.1

**Attestation Regarding Signatures**

I, Aaron M. Wais, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Aaron M. Wais*
Aaron M. Wais

14

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**Exhibit B**

- GPI Update #8: Schemion Takes POY Lead; Selbst Breaks GPI 300 Top 10
- GPI Update Episode #23: All Hail the King
- PokerNews GPI Update #20: Selbst Soars
- PokerNews GPI Update #21: The Return
- PokerNews GPI Update #30: 2015 Kickoff
- PokerNews GPI Update #9: Schemion Leads the Top 300; Players of the Decade
- PokerNews GPI Update Episode #1: Intro to the Podcast, Phil Ivey Falls, and More
- PokerNews GPI Update Episode #11: O Canada
- PokerNews GPI Update Episode #12: Hellmuth the Egalitarian
- PokerNews GPI Update Episode #13: Merson's Climbing
- PokerNews GPI Update Episode #14: New POY Leader
- PokerNews GPI Update Episode #15: Negreanu Back on Top
- PokerNews GPI Update Episode #16: Negreanu Plummets
- PokerNews GPI Update Episode #18: WSOP Fantasy Poker Manger News
- PokerNews GPI Update Episode #19: WSOP Kickoff
- PokerNews GPI Update Episode #22: Muking it Up
- PokerNews GPI Update Episode #24: Smith Remains On Top
- PokerNews GPI Update Episode #25: Selbst Returns to the Top 10
- PokerNews GPI Update Episode #26: Smith and Colman Separate
- PokerNews GPI Update Episode #27: Colman Takes the Lead
- PokerNews GPI Update Episode #28: Barer With Me
- PokerNews GPI Update Episode #3: Mercier Falls Out of the Top 10; Hellmuth Takes a Hit
- PokerNews GPI Update Episode #31: American Poker Awards
- PokerNews GPI Update Episode #32: Cookie Jar Jams
- PokerNews GPI Update Episode #33: APa Recap, EPa Discussion, and More
- PokerNews GPI Update Episode #34: Global Poker Masters Preview and More
- PokerNews GPI Update Episode #35: Global Poker Masters Recap, New POY Leader
- PokerNews GPI Update Episode #36: EPT Grand Final and Mispronunciations
- PokerNews GPI Update Episode #37: We're Back!
- PokerNews GPI Update Episode #38: Zinno Can't Extend His Lead
- PokerNews GPI Update Episode #39: Giving Thanks
- PokerNews GPI Update Episode #5: Daniel Negreanu Tops the POY and GPI 300
- PokerNews GPI Update Episode #6: A Shorr Thing

15